UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ELIJAH WATSON, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 4:13-CV-220-RN |
| CAROLYN W. COLVIN, ) | |
| *Acting Commissioner of Social Security* ) | |
| ) | |
| Defendant. ) | |

**This action came before Magistrate Judge Robert T. Number, II for consideration on cross motions for judgment on the pleadings.**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court GRANTS Plaintiff's Motion for Judgment on the Pleadings, DENIES Defendant's Motion for Judgment on the Pleadings and this matter is REMANDED for further proceedings.**

This Judgment Filed and Entered on March 17, 2015 with service on:
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Mary Ellen Russell (via CM/ECF Notice of Electronic Filing)

JULIE RICHARDS JOHNSTON, CLERK

Lauren Herrmann, Deputy Clerk